**ZHONGHE QUAN, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 05–71050.

United States Court of Appeals, Ninth Circuit.

Submitted July 24, 2006.*

Decided July 27, 2006.

Cindy S. Chang, Esq., Law Offices of Cindy S. Chang, Walnut, CA, for Petitioner.

CAC–District Counsel, Esq., Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, William C. Minick, Esq., Janice K. Redfern, Esq., U.S. Department of Justice, Office of Immigration Lit., Washington, DC, for Respondent.

Before: ALARCÓN, HAWKINS, and THOMAS, Circuit Judges.

MEMORANDUM **

Zhonghe Quan, a native and citizen of the People's Republic of China, petitions for review of the Board of Immigration Appeals' decision, issued on February 26, 2004, summarily affirming an immigration judge's denial of his asylum application. We lack jurisdiction to review the Board's

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

decision because Quan's petition for review, filed on February 28, 2005, was untimely under 8 U.S.C. § 1252(b)(1). Quan does not raise any issue regarding the Board's decision, issued on February 9, 2005, denying his motion to reissue its earlier decision. We dismiss the petition for review for lack of jurisdiction.

**PETITION FOR REVIEW DISMISSED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.